No. 99–5731. VIRAY *v.* DEPARTMENT OF THE NAVY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–5732. RUCKER *v.* HENDERSON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 99–5733. JOHNSON *v.* SUPREME COURT OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 99–5734. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 99–5735. CLEVELAND *v.* MIDDLETON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5736. WADE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 99–5740. BRUCE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5759. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 99–5761. McCRAY *v.* WARDEN, MARYLAND HOUSE OF CORRECTION ANNEX, ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 99–5762. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 99–5763. LOPEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 99–5768. WASHINGTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 99–5769. TIMLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 99–5775. CAPALDI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 99–5776. ADAMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. ▮▮▮▮▮▮▮